

# Fourth Court of Appeals
## San Antonio, Texas

October 26, 2018

No. 04-18-00505-CR

Richard Alcorta **GARZA,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the 198th Judicial District Court, Kerr County, Texas
Trial Court No. B15467
Honorable Rex Emerson, Judge Presiding

# O R D E R

The Appellant's Motion for Extension of Time to File Brief is hereby GRANTED. The Appellant's brief is due on November 13, 2018. No Further extensions absent extraordinary circumstances.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 26th day of October, 2018.

_____
KEITH E. HOTTLE,
Clerk of Court